Robert V. McLENNAN,
Plaintiff–Appellant

v.

Kerri VEITCH, and John Doe Veitch, in her official and individual capacity; Larry Garrett, and Jane Doe Garrett, in his official and individual capacity; Larry Davis, and Jane Doe Davis, in his official and individual capacity; Randle Efflandt, and Jane Doe Efflandt, in his official and individual capacity; Reggie Bonner, and Jane Doe Bonner, in his official and individual capacity; Kelly McNair, and Jane Doe McNair, in his official and individual capacity, Defendants–Appellees.

No. 12–10878
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

April 30, 2013.

Robert C. Ruhlin, Blanscet Sutherland Hooper & Hale, L.L.P., Addison, TX, for Plaintiff–Appellant.

Elizabeth Gabrielle Bloch, Esq., Brown McCarroll, L.L.P., Austin, TX, William Stephen Cockerham, III, Kevin Koronka, Brown McCarroll, L.L.P., Dallas, TX, for Defendants–Appellees.

Before WIENER, ELROD, and GRAVES, Circuit Judges.

PER CURIAM.*

AFFIRMED. See 5th Cir. Rule 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.